No. 238.   McGEE *v.* NORTH CAROLINA.   Appeal from the Supreme Court of North Carolina.   *Per Curiam:* The

appeal is dismissed for want of a substantial federal question. *Maurice A. Weinstein* and *Richard M. Welling* for appellant.